IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ANTONIO RISCO,                                    *

              Plaintiff,                 *

v.                                                             Case No. 5:24-cv-196 (MTT)

                                 *

SGT. MICHAEL BRAYTON, et al,

                                 *

             Defendants.

                                 *

## J U D G M E N T

Pursuant to this Court's Order dated July 17, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Defendants.  Plaintiff shall recover nothing of

Defendants.  Defendants shall also recover costs of this action.

This 17th day of July, 2026.

                                 David W. Bunt, Clerk

                                 s/ Kami D. Seward, Deputy Clerk